

**FILED**
May 20, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Eastern District |
|---|---|
| Name (under which you were convicted): Robbie Goodbar | Docket or Case No.: 2:22-cv-0859 KJN |
| Place of Confinement: California Health Care Facility (CHCF) Stockton | Prisoner No.: CDCR BK1740 |
| Petitioner (include the name under which you were convicted) Robbie Goodbar | v. Respondent (authorized person having custody of petitioner) State of California |
| The Attorney General of the State of: California | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   Orange County Superior Court
   P.O. Box 1138
   Santa Ana, CA 92702

   (b) Criminal docket or case number (if you know): _____

2. (a) Date of the judgment of conviction (if you know): August 2019

   (b) Date of sentencing: _____

3. Length of sentence: 14 years

4. In this case, were you convicted on more than one count or of more than one crime? ☑ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Attempted murder 9 years + Great Bodily injury enhancement 5 years = 14 yrs total.

6. (a) What was your plea? (Check one)
   ☐ (1) Not guilty     ☐ (3) Nolo contendere (no contest)
   ☑ (2) Guilty         ☐ (4) Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

    _____N/A_____

    (c) If you went to trial, what kind of trial did you have? (Check one)

        ☐ Jury     ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☐ Yes    ☑ No

8. Did you appeal from the judgment of conviction?

    ☐ Yes    ☑ No

9. If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

    (g) Did you seek further review by a higher state court?    ☐ Yes    ☑ No

        If yes, answer the following:

        (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Result: _____

AO 241 (Rev. 09/17)

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____

  (h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☒ No

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☒ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a) (1) Name of court: **San Joaquin Superior Court**

    (2) Docket or case number (if you know): **Pending**

    (3) Date of filing (if you know): **Don't Know**

    (4) Nature of the proceeding: **Pending**

    (5) Grounds raised: **The State of California prison engaged in Eugenics and Euthanasia by Military PsyOp Techniques — Extreme Stress, Deception, lies, drugs to cause fatal overdoses in CA prison. I am a victim of this extrajudicial program — Violating my federal Civil Rights against Cruel and Unusual Punishment.**

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
    ☐ Yes  ☒ No

    (7) Result: **Still Pending Court response**

AO 241 (Rev. 09/17)

    (8) Date of result (if you know): _____

 (b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ❏ Yes   ☑ No

    (7) Result: _____

    (8) Date of result (if you know): _____

 (c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

_____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☐ Yes    ☐ No

(2) Second petition:  ☐ Yes    ☐ No

(3) Third petition:   ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: The State of CA Secret "Euthanasia" Program Violates my Civil Rights against Cruel and Unusual Punishment.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The State Euthanizes individuals in Prison w/ "Anxiety" who "Stress easily" by (Psychological Operations - The military) to coerce, pressure inmates to overdose on Suboxone. The State/Military uses torture by extreme prolonged stress (months) to make inmates suicidal. This weaponizing stress and psyop violates the U.S. Constitution and my 8th Amendment protections.

(b) If you did not exhaust your state remedies on Ground One, explain why: Still Pending State remedy habeas corpus petition at San Joaquin Court. Since I am in heart failure time is limited so I am filing petitions simultaneously to secure release — as soon as possible.

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: __Habeas Corpus__

Name and location of the court where the motion or petition was filed: __San Joaquin Superior Court — 222 East Weber Ave. #303 Stockton CA 95202__

Docket or case number (if you know): __N/A__

Date of the court's decision: __Pending__

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:** The State "CA Prisons" "Euthanasia" is extrajudicial death sentence That allows the military to be Judge, Jury, executioner of Prison CA Inmates

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

It is a fact that many inmates overdose Suboxone in prison. The State allows the military in prison to Do Eugenics and Euthanasia in secret. These actions allow the military to make biological and psychological based decisions as to who has a right to life in prison. I was targeted by the State for a "below AVG brain size" and "Stress easily". Analyst Philip Seiffel told me "I've been Controlled, bullied, lied to, manipulated, stressed entire life you have bad Genes" as evidence supporting my claim

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

AO 241 (Rev. 09-17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?   ❐ Yes   ❐ No

(4) Did you appeal from the denial of your motion or petition?   ❐ Yes   ❐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ❐ Yes   ❐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _____

**GROUND THREE:** Eugenics in State Prison is Genocide on Weak, Vulnerable inmates - a Crime by The State of CA

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The State setup bulying, fist fighting culture. Those who fist fight have larger brain size. Those who avoid fist fights (run, hide) have smaller brain sizes. Smaller brain Sizes get "Stressed easier." Than larger brain sizes. This combined w/ Analyst Seippel's statement is a logical inference of Eugenics - Euthanasin. (Biological based) Killing by The State of CA Prison. Seippel stated [behavior]. I have a "kid size brain" at Corcoran Prison from 2nd floor observation of inmates.

Page 9 of 16

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why:

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

AO 241 (Rev. 09-17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

**GROUND FOUR:** The State of CA used military Painful radiation from a Riot Gun from 2nd floor — violates my 5th Amendment Protection

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Dr. Pasadala was aware as the statement "let go" "Do you have Shivers", Dr. Cirillo asked me Gussber "if I wanted Seroquel — Do you want to stay alive and be tortured?" The state was using torture as a means to make me suicidal to hasten my demise from an overdose in heart failure — to process me in Euthanasim- Eugenics — Program — a violation of my 5th Amendment Protections.

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

| | | |
|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ❏ Yes | ❏ No |
| (4) Did you appeal from the denial of your motion or petition? | ❏ Yes | ❏ No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ❏ Yes | ❏ No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☐ Yes  ☑ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: I am awaiting State Court response to habeas corpus at San Joaquin Superior Court. Due to my heart failure and Illness I am filing State/federal petitions simultaneously to early whistleblow and secure release.

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes  ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  ☑ Yes  ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. San Joaquin County Superior Court 222 East Weber Ave #303 Stockton, CA 95202. All the same grounds were raised in my State petition that are raised here - in this petition. To Date I have heard no response yet from the court.

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea: Proprin Person P.O Per Plea agreement Signed by myself

(c) At trial: _____

(d) At sentencing: _____

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes  ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes  ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

The Plea deal was over a year ago. The Total disregard by the State of CA, Prison, Of my federal Constitutional rights — Civil rights to include "Euthanasia" "Eugenics" extrajudicial killing, and Torture w/ radiation is so Egregious, heinous That it Should require federal Court intervention and Attention.

AO 241 (Rev. 09/17)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *I ask the federal court to grant me release on own recognizance from custody from CA State Prison so I can be w/ family and die w/ family at home in Peace. Thank you.*

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on *May 10, 2022* (month, date, year).

Executed (signed) on *May 10, 2022* (date).

*[signature]*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.