UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE GOODBAR,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>    Respondents. | No. 2:22-cv-0859 KJN P<br><br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In this action, petitioner appears to challenge conditions of confinement. In particular, petitioner challenges an alleged secret euthanasia program that coerces inmates to overdose on suboxone.

    As a general rule, a claim that challenges the fact or duration of a prisoner's confinement should be addressed by filing a habeas corpus petition under 28 U.S.C. § 2254, while a claim that challenges the conditions of confinement should be addressed by filing a civil rights action under 42 U.S.C. § 1983. See Preiser v. Rodriguez, 411 U.S. 475, 500 (1973); Ramirez v. Galaza, 334 F.3d 850, 858-859 (9th Cir. 2003), cert. denied, 541 U.S. 1063 (2004). Because petitioner appears to challenge conditions of confinement, this action is construed as a civil rights action. Accordingly, the petition is dismissed with thirty days to file a complaint.

////

1    In addition, petitioner has not filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $52.00 administrative fee. See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner is provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $402.00.

Petitioner is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of petitioner's prison trust account statement for the six-month period immediately preceding the filing of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This action is construed as a civil rights action pursuant to 42 U.S.C. § 1983; the petition is dismissed with thirty days to file a civil rights complaint; petitioner's failure to comply with this order will result in a recommendation of dismissal of this action;

2. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $402.00; petitioner's failure to comply with this order will result in a recommendation of dismissal of this action; and

3. The Clerk of the Court is directed to send petitioner a new Application to Proceed In Forma Pauperis By a Prisoner and a complaint for a civil rights action pursuant to 42 U.S.C. § 1983.

Dated: June 14, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

good0859.101a