1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROBBIE GOODBAR,                              No.  2: 22-cv-0859 KJN P

12                   Petitioner,

13         v.                                       ORDER

14    STATE OF CALIFORNIA,

15                   Respondents.

16

17        For the reasons stated herein, petitioner's request to voluntarily dismiss this action is

18   granted.

19        Petitioner filed the original petition on May 20, 2022.  (ECF No. 1.)  On June 15, 2022,

20   the undersigned construed this action as a civil rights action because petitioner challenged

21   conditions of confinement.  (ECF No. 6.)  The undersigned dismissed the petition with thirty days

22   to file a civil rights complaint.  (Id.)

23        On August 15, 2022, petitioner filed a pleading stating that he previously filed a civil

24   rights action raising the claims raised in the instant action, i.e., 1:21-cv-01811 GSA PC.  (ECF

25   No. 8.)  Petitioner requests that the instant action be dismissed so long as 1:21-cv-01811 GSA PC

26   names the State of California as a defendant.  (Id.)

27        Court records reflect that on May 19, 2022, petitioner filed an amended complaint in 1:21-

28   cv-01811 GSA PC naming the State of California as a defendant.  (1: 21-cv-01811 GSA PC (ECF

1 | No. 16).)  Petitioner's amended complaint filed in 1: 21-cv-01811 GSA PC is pending before the

2 | court.

3 |      Accordingly, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, petitioner's

4 | request to voluntarily dismiss the instant action shall be honored.

5 |      Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

6 | Fed. R. Civ. P. 41(a).

7 | Dated:  August 24, 2022

8 |

9 | KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

10 |

11 | Good859.dis

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |